1

2

3

4

5                    UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF WASHINGTON

7    MARY AHERN,

8                         Plaintiff,              NO:  2:17-CV-0309-TOR

9         v.                                      ORDER OF DISMISSAL
                                                  WITH PREJUDICE
10   SAFECO INSURANCE COMPANY
     OF AMERICA, a foreign insurance
11   company, and wholly owned subsidiary
     of Liberty Mutual,

12
                        Defendant.
13

14        BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No.

15   14).  The parties have stipulated that all claims in this action shall be dismissed

16   with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and without

17   an award of fees or costs to any party.

18   //

19   //

20   //


     ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1   **ACCORDINGLY, IT IS HEREBY ORDERED**:

2       Pursuant to Fed. R. Civ. P. 41(a)(2) and the parties' stipulation, all claims in

3   this action are **DISMISSED** with prejudice and without costs or fees to any party.

4       The District Court Executive is hereby directed to enter this Order, and

5   Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

6       DATED September 12, 2018.

7

8   
                                    THOMAS O. RICE
9                              Chief United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2