# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MARY AHERN,<br>*Plaintiff*<br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br>*Defendant* | )<br>)<br>) Civil Action No.  2:17-CV-0309-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Fed. R. Civ. P. 41(a)(2) and the parties' stipulation, all claims in this action are DISMISSED with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on the parties' Stipulated Motion to Dismiss (ECF No. 14).

Date:  September 12, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry